## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2005, I electronically filed (1) Motion For Consolidation, Appointment As Lead Plaintiffs And For Approval Of Selection Of Lead Counsel; (2) Declaration Of Jeffrey S. Goddess, In Support Of The Motion Of City Of Deerfield Beach For Consolidation, Appointment As Lead Plaintiffs And For Approval Of Selection Of Lead Counsel; and (3) Memorandum In Support Of The Motion Of City Of Deerfield Beach For Consolidation, Appointment As Lead Plaintiffs And For Approval Of Selection Of Lead Counsel, using CM/ECF, which will send notification of such filing to the following:

>Seth D. Rigrodsky, Esquire
>Milberg Weiss Bershad & Schulman LLP
>919 Market Street, Suite 411
>Wilmington, DE 19801
>srigrodsky@milbergweiss.com
>
>Ralph Nicholas Sianni, Esquire
>Milberg Weiss Bershad & Schulman LLP
>919 Market Street, Suite 411
>Wilmington, DE 19801
>rsianni@milbergweiss.com
>
>A. Zachary Naylor, Esquire
>Chimicles & Tikellis LLP
>One Rodney Square
>P. O. Box 1035
>Wilmington, DE 19899
>zacharynaylor@chimicles.com
>
>Joseph N. Gielata, Esquire
>501 Silverside Road, Suite 90
>Wilmington, DE 19809
>joe@gielatalaw.com

I further certify that on July 5, 2005, I have caused the above-listed documents to be sent by first-class mail to all additional counsel on the attached service list.

                                                                            Jeffrey S. Goddess (Del. Bar No. 630)  
                                                                            Rosenthal, Monhait, Gross  
                                                                             &amp; Goddess, P.A.  
                                                                            Suite 1401, 919 Market Street  
                                                                            P. O. Box 1070  
                                                                            Wilmington, DE 19899-1070  
                                                                            (302) 656-4433  
                                                                            jgoddess@rmgglaw.com

MBNA CORP. (DE)
Service List - 7/1/2005   (05-0098D)
Page 1 of 3

**Counsel For Defendant(s)**

Richard C. Pepperman II
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004-2498
  212/558-4000
  212/558-3588(Fax)

Richard H. Morse
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
The Brandywine Building
Wilmington, DE 19899
  302/571-6600
  302/571-1253(Fax)

**Counsel For Plaintiff(s)**

Joshua M. Lifshitz
Bull & Lifshitz LLP
18 E. 41st Street
New York, NY 10017
  212/213-6222
  212/213-9405(Fax)

Frank J. Johnson
Johnson Law Firm, A P.C.
402 W. Broadway, 27th Floor
San Diego, CA 92101
  619/230-0063
  619/230-1839(Fax)

Deborah R. Gross
Robert P. Frutkin
Law Offices Bernard M. Gross, P.C.
100 Penn Square East, Suite 450
Juniper and Market Streets
Philadelphia, PA 19107
  215/561-3600
  215/561-3000(Fax)

Charles J. Piven
Law Offices of Charles J. Piven, P.A.
The World Trade Center-Baltimore
401 East Pratt Street, Suite 2525
Baltimore, MD 21202
  410/332-0030
  410/685-1300(Fax)

James M. Orman
Law Offices of James M. Orman
1845 Walnut Street, 14th Floor
Philadelphia, PA 19103
  215/523-7800
  215/523-9290(Fax)

Paul J. Geller
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
197 S. Federal Highway, Suite 200
Boca Raton, FL 33432
  561/750-3000
  561/750-3364(Fax)

MBNA CORP. (DE)
Service List - 7/1/2005    (05-0098D)
Page 2 of 3

Samuel H. Rudman
David A. Rosenfeld
Mario Alba, Jr.
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
200 Broadhollow Road, Suite 406
Melville, NY 11747
 631/367-7100
 631/367-1173(Fax)

Karen Hanson Riebel
Lockridge Grindal Nauen P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
 612/339-6900
 612/339-0981(Fax)

Seth D. Rigrodsky
Ralph N. Sianni
Brian D. Long
Milberg Weiss Bershad & Schulman LLP
919 North Market Street, Suite 411
Wilmington, DE 19801
 302/984-0597
 302/984-0870(Fax)

Steven G. Schulman
Peter E. Seidman
Milberg Weiss Bershad & Schulman LLP
One Pennsylvania Plaza
New York, NY 10119
 212/594-5300
 212/868-1229(Fax)

Marc A. Topaz
Richard A. Maniskas
Tamara Skvirsky
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA 19087
 610/667-7706
 610/667-7056(Fax)

David R. Scott
Scott + Scott, LLC
108 Norwich Avenue
Colchester, CT 06415
 860/537-5537
 860/537-4432(Fax)

Arthur L. Shingler III
Scott + Scott, LLC
401 B Street, Suite 307
San Diego, CA 92101
 619/233-4565
 619/233-0508(Fax)

MBNA CORP. (DE)
Service List - 7/1/2005    (05-0098D)
Page 3 of 3

Stephen A. Weiss
Eric T. Chaffin
Roopal Luhana
Seeger Weiss LLP
1 William Street
New York, NY 10004-2502
  212/584-7000
  212/584-0799(Fax)

Lester L. Levy
Michael A. Schwartz
Caroline S. Curtiss
Wolf Popper LLP
845 Third Avenue
New York, NY 10022
  212/759-4600
  212/486-2093(Fax)