IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

————————————————————————x
:
JAMES M. BAKER, On behalf of himself and all        :
others similarly situated,                          :    Case No. 1:05-cv-00272-GMS
:
                 Plaintiff,        :    <u>CLASS ACTION</u>
:
    vs.                                           :
:
MBNA CORP., BRUCE L. HAMMONDS,                       :
KENNETH A. VECCHIONE, RICHARD K.                     :
STRUTHERS, CHARLES C. KRULAK, JOHN                   :
R. COCHRAN, III, MICHAEL G. RHODES,                  :
LANCE L. WEAVER, and JOHN W.                         :
SCHEFLEN,                                            :
:
              Defendants.       :
:
————————————————————————x
:
ROCHELLE PHILLIPS, On behalf of herself and         :
all others similarly situated,                      :    Case No. 1:05-cv-00277-GMS
:
               Plaintiff,        :    <u>CLASS ACTION</u>
:
    vs.                                           :
:
MBNA CORP., BRUCE L. HAMMONDS, and                   :
KENNETH . VECCHIONE,                                 :
:
              Defendants.       :
:
————————————————————————x

**(Additional Captions Set Forth Below)**

**MOTION OF ACTIVEST TO BE APPOINTED LEAD PLAINTIFF AND FOR
<u>APPROVAL OF ITS SELECTION OF LEAD COUNSEL</u>**

————————————————————————x
:
ROBERT WILKINS, Individually and on behalf     :
of all others similarly situated,              :    Case No. 1:05-cv-00287-GMS
:
Plaintiff,          :    CLASS ACTION
:
vs.                     :
:
MBNA CORP., BRUCE L. HAMMONDS,                 :
KENNETH A. VECCHIONE, RICHARD K.               :
STRUTHERS, CHARLES C. KRULAK, JOHN             :
R. COCHRAN, III, MICHAEL G. RHODES,            :
LANCE L. WEAVER, and JOHN W.                   :
SCHEFLEN,                                      :
:
Defendants.         :
:
————————————————————————x
:
LEONARD BRONSTEIN, On behalf of himself        :
and all others similarly situated,             :    Case No. 1:05-cv-00289-GMS
:
Plaintiff,          :    CLASS ACTION
:
vs.                     :
:
MBNA CORP., BRUCE L. HAMMONDS,                 :
KENNETH A. VECCHIONE, RICHARD K.               :
STRUTHERS, CHARLES C. KRULAK, JOHN             :
R. COCHRAN, III, MICHAEL G. RHODES,            :
LANCE L. WEAVER, and JOHN W.                   :
SCHEFLEN,                                      :
:
Defendants.         :
:
————————————————————————x

————————————————————————x
                                                  :

GREG PENN, On behalf of himself and all others
similarly situated,                             :     Case No. 1:05-cv-00293-GMS

                                Plaintiff,    :     <u>CLASS ACTION</u>

                     :

   vs.                          :

MBNA CORP., BRUCE L. HAMMONDS,     :
KENNETH A. VECCHIONE, RICHARD K.
STRUTHERS, and  LANCE L. WEAVER,   :

                     :

                         Defendants.    :

————————————————————————x
                                 :

CLIFFORD W. JONES, On behalf of himself and
all others similarly situated,                 :     Case No. 1:05-cv-00316-GMS

                                Plaintiff,    :     <u>CLASS ACTION</u>

                     :

   vs.                          :

MBNA CORP., BRUCE L. HAMMONDS, and   :
KENNETH A. VECCHIONE,

                     :

                         Defendants.    :

                     :

————————————————————————x
                                 :

MICHAEL D. BLUM, On behalf of himself and
all others similarly situated,                 :     Case No. 1:05-cv-00372-GMS

                                Plaintiff,    :     <u>CLASS ACTION</u>

                     :

   vs.                          :

MBNA CORP., BRUCE L. HAMMONDS,     :
KENNETH A. VECCHIONE, JOHN R.
COCRAN, III, RICHARD K. STRUTHERS, and   :
LANCE L. WEAVER,

                     :

                         Defendants.    :

                     :

————————————————————————x

```
----------------------------------------x
                                         :
THOMAS J. CUSSEN, On behalf of himself and   :
all others similarly situated,           :      Case No. 1:05-cv-00389-GMS
                                         :
                      Plaintiff,         :      CLASS ACTION
                                         :
      vs.                                :
                                         :
MBNA CORP., BRUCE L. HAMMONDS,           :
KENNETH A. VECCHIONE, RICHARD K.         :
STRUTHERS, CHARLES C. KRULAK, JOHN       :
R. COCRAN, III, MICHAEL G. RHODES,       :
LANCE L. WEAVER and JOHN W. SCHEFLEN,    :
                                         :
                      Defendants.        :
                                         :
                                         :
----------------------------------------x
```

Class member Activest Investmentgesellschaft mbH for accounts of the PT-Master fund

and Enerfonds, upon the accompanying declaration of Ralph Sianni, dated July 5, 2005, the

accompanying memorandum of law in support, and upon all other papers and prior proceedings

had herein, the undersigned hereby moves this Court, for an Order:

(1) Consolidating the above-captioned actions pursuant to Fed. R. Civ. P. 42(a)

(2) Pursuant to 15 U.S.C. § 78u-4(a), appointing movant Activest as Lead Plaintiff;

2

(3) and approving its selection of Milberg Weiss Bershad & Schulman LLP as Lead

Counsel pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v).

DATED:  July 5, 2005                                    Respectfully submitted,


                                                       **MILBERG WEISS BERSHAD
                                                         & SCHULMAN LLP**

                                                       By /s/ Ralph N. Sianni
                                                       Seth D. Rigrodsky, Esq. (#3147)
                                                       Ralph Sianni, Esq. (#4151)
                                                       919 N. Market Street, Suite 411
                                                       Wilmington, Delaware  19801
                                                       (302) 984-0597


                                                       --and--

                                                       **MILBERG WEISS BERSHAD &
                                                       SCHULMAN LLP**
                                                       Steven G. Schulman
                                                       Peter E. Seidman
                                                       Deborah M. Sturman
                                                       Andrei V. Rado
                                                       One Pennsylvania Plaza - 49th Floor
                                                       New York, NY  10119
                                                       (212) 594-5300
                                                       Fax: (212) 868-1229


                                                       **Proposed Lead Counsel**