IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
JAMES M. BAKER, On behalf of himself and all others similarly situated,

        Plaintiff,

vs.

MBNA CORP., BRUCE L. HAMMONDS, KENNETH A. VECCHIONE, RICHARD K. STRUTHERS, CHARLES C. KRULAK, JOHN R. COCHRAN, III, MICHAEL G. RHODES, LANCE L. WEAVER, and JOHN W. SCHEFLEN,

        Defendants.
---------------------------------------------------------------x

Case No. 1:05-cv-00272-GMS

<u>CLASS ACTION</u>

---------------------------------------------------------------x
ROCHELLE PHILLIPS, On behalf of herself and all others similarly situated,

        Plaintiff,

vs.

MBNA CORP., BRUCE L. HAMMONDS, and KENNETH . VECCHIONE,

        Defendants.
---------------------------------------------------------------x

Case No. 1:05-cv-00277-GMS

<u>CLASS ACTION</u>

**(Additional Captions Set Forth Below)**

―――――――――――――――――――――――x

ROBERT WILKINS, Individually and on behalf of all others similarly situated,

        Plaintiff,

vs.

MBNA CORP., BRUCE L. HAMMONDS, KENNETH A. VECCHIONE, RICHARD K. STRUTHERS, CHARLES C. KRULAK, JOHN R. COCHRAN, III, MICHAEL G. RHODES, LANCE L. WEAVER, and JOHN W. SCHEFLEN,

        Defendants.

Case No. 1:05-cv-00287-GMS

CLASS ACTION

―――――――――――――――――――――――x

LEONARD BRONSTEIN, On behalf of himself and all others similarly situated,

        Plaintiff,

vs.

MBNA CORP., BRUCE L. HAMMONDS, KENNETH A. VECCHIONE, RICHARD K. STRUTHERS, CHARLES C. KRULAK, JOHN R. COCHRAN, III, MICHAEL G. RHODES, LANCE L. WEAVER, and JOHN W. SCHEFLEN,

        Defendants.

Case No. 1:05-cv-00289-GMS

CLASS ACTION

―――――――――――――――――――――――x

|  |  |
|---|---|
| GREG PENN, On behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>MBNA CORP., BRUCE L. HAMMONDS, KENNETH A. VECCHIONE, RICHARD K. STRUTHERS, and LANCE L. WEAVER,<br><br>    Defendants. | Case No. 1:05-cv-00293-GMS<br><br><u>CLASS ACTION</u> |
| CLIFFORD W. JONES, On behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>MBNA CORP., BRUCE L. HAMMONDS, and KENNETH A. VECCHIONE,<br><br>    Defendants. | Case No. 1:05-cv-00316-GMS<br><br><u>CLASS ACTION</u> |
| MICHAEL D. BLUM, On behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>MBNA CORP., BRUCE L. HAMMONDS, KENNETH A. VECCHIONE, JOHN R. COCRAN, III, RICHARD K. STRUTHERS, and LANCE L. WEAVER<br><br>    Defendants. | Case No. 1:05-cv-00372-GMS<br><br><u>CLASS ACTION</u> |


```
————————————————————x
                                          :
THOMAS J. CUSSEN, On behalf of himself and :
all others similarly situated,            :   Case No. 1:05-cv-00389-GMS
                                          :
              Plaintiff,                  :   CLASS ACTION
                                          :
       vs.                                :
                                          :
MBNA CORP., BRUCE L. HAMMONDS,            :
KENNETH A. VECCHIONE, RICHARD K.          :
STRUTHERS, CHARLES C. KRULAK, JOHN        :
R. COCRAN, III, MICHAEL G. RHODES,        :
LANCE L. WEAVER and JOHN W. SCHEFLEN,     :
                                          :
              Defendants.                 :
                                          :
————————————————————x
```

## [PROPOSED] ORDER CONSOLIDATING ACTIONS AND APPOINTING LEAD PLAINTIFF AND LEAD COUNSEL

Having considered the motion of Activest Investmentgesellschaft mbH for account of the PT-Master fund, ("Activest") and good cause appearing therefore, the Court orders as follows:

1. The Motion is GRANTED;

2. The above-captioned actions are consolidated pursuant to Fed. R. Civ. P. 42(a);

3. Activest is the "most adequate plaintiff" and accordingly, is appointed Lead Plaintiff pursuant to 15 U.S.C. 78u-4(a)(3)(B)(iii).

4. Milberg Weiss Bershad & Schulman LLP is appointed Lead Counsel pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v).

IT IS SO ORDERED.

DATED: _____, 2005

_____
United States District Court Judge