IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

———————————————————————x
:
JAMES M. BAKER, On behalf of himself and all : 
others similarly situated,                   :   Case No. 1:05-cv-00272-GMS
                                             :
              Plaintiff,                     :   <u>CLASS ACTION</u>
                                             :
   vs.                                       :
                                             :
MBNA CORP., BRUCE L. HAMMONDS,               :
KENNETH A. VECCHIONE, RICHARD K.             :
STRUTHERS, CHARLES C. KRULAK, JOHN           :
R. COCHRAN, III, MICHAEL G. RHODES,          :
LANCE L. WEAVER, and JOHN W.                 :
SCHEFLEN,                                    :
                                             :
              Defendants.                    :
                                             :
———————————————————————x
                                             :
ROCHELLE PHILLIPS, On behalf of herself and  :
all others similarly situated,               :   Case No. 1:05-cv-00277-GMS
                                             :
              Plaintiff,                     :   <u>CLASS ACTION</u>
                                             :
   vs.                                       :
                                             :
MBNA CORP., BRUCE L. HAMMONDS, and           :
KENNETH . VECCHIONE,                         :
                                             :
              Defendants.                    :
                                             :
———————————————————————x

**(Additional Captions Set Forth Below)**

**DECLARATION OF RALPH SIANNI IN SUPPORT OF THE MOTION OF ACTIVEST
FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL
<u>OF ITS SELECTION OF LEAD COUNSEL</u>**

```
─────────────────────────────────────x
                                     :
ROBERT WILKINS, Individually and on behalf  :
of all others similarly situated,    :     Case No. 1:05-cv-00287-GMS
                                     :
              Plaintiff,             :     CLASS ACTION
                                     :
      vs.                            :
                                     :
MBNA CORP., BRUCE L. HAMMONDS,       :
KENNETH A. VECCHIONE, RICHARD K.     :
STRUTHERS, CHARLES C. KRULAK, JOHN   :
R. COCHRAN, III, MICHAEL G. RHODES,  :
LANCE L. WEAVER, and JOHN W.         :
SCHEFLEN,                            :
                                     :
              Defendants.            :
                                     :
─────────────────────────────────────x
                                     :
LEONARD BRONSTEIN, On behalf of himself  :
and all others similarly situated,   :     Case No. 1:05-cv-00289-GMS
                                     :
              Plaintiff,             :     CLASS ACTION
                                     :
      vs.                            :
                                     :
MBNA CORP., BRUCE L. HAMMONDS,       :
KENNETH A. VECCHIONE, RICHARD K.     :
STRUTHERS, CHARLES C. KRULAK, JOHN   :
R. COCHRAN, III, MICHAEL G. RHODES,  :
LANCE L. WEAVER, and JOHN W.         :
SCHEFLEN,                            :
                                     :
              Defendants.            :
                                     :
─────────────────────────────────────x
```

|  |  |
|---|---|
| ─────────────────────────x : GREG PENN, On behalf of himself and all others similarly situated, : : Plaintiff, : : vs. : : MBNA CORP., BRUCE L. HAMMONDS, KENNETH A. VECCHIONE, RICHARD K. STRUTHERS, and LANCE L. WEAVER, : : : Defendants. : ─────────────────────────x | Case No. 1:05-cv-00293-GMS  <u>CLASS ACTION</u> |
| ─────────────────────────x : CLIFFORD W. JONES, On behalf of himself and all others similarly situated, : : Plaintiff, : : vs. : : MBNA CORP., BRUCE L. HAMMONDS, and KENNETH A. VECCHIONE, : : Defendants. : ─────────────────────────x | Case No. 1:05-cv-00316-GMS  <u>CLASS ACTION</u> |
| ─────────────────────────x : MICHAEL D. BLUM, On behalf of himself and all others similarly situated, : : Plaintiff, : : vs. : : MBNA CORP., BRUCE L. HAMMONDS, KENNETH A. VECCHIONE, JOHN R. COCRAN, III, RICHARD K. STRUTHERS, and LANCE L. WEAVER, : : : : Defendants. : ─────────────────────────x | Case No. 1:05-cv-00372-GMS  <u>CLASS ACTION</u> |

————————————————————x
:
THOMAS J. CUSSEN, On behalf of himself and :
all others similarly situated, : Case No. 1:05-cv-00389-GMS
:
                Plaintiff, : <u>CLASS ACTION</u>
:
  vs. :
:
MBNA CORP., BRUCE L. HAMMONDS, :
KENNETH A. VECCHIONE, RICHARD K. :
STRUTHERS, CHARLES C. KRULAK, JOHN :
R. COCRAN, III, MICHAEL G. RHODES, :
LANCE L. WEAVER and JOHN W. SCHEFLEN, :
:
                Defendants. :
:
————————————————————x

      RALPH SIANNI, of full age, hereby declares under penalties of perjury:

      1.    I am associated with the law firm of Milberg Weiss Bershad & Schulman LLP. I submit this Declaration in Support of the Motion of Activest for Consolidation, Appointment as Lead Plaintiff, and Approval of Its Selection Of Lead Counsel.

      2.    Attached hereto as Exhibit A is a true and correct copy of the PSLRA notice published by counsel for plaintiff in the first-filed action on *Business Wire* on May 5, 2005.

      3.    Attached hereto as Exhibit B is a true and accurate copy of the PSLRA certification of Activest.

      4.    Attached hereto as Exhibit C is a chart analyzing Activest's financial interest in the litigation.

      5.    Attached hereto as Exhibit D is the firm resume of Milberg Weiss Bershad & Schulman LLP.

Dated: July 5, 2005                           /s/ Ralph Sianni
                                                           Ralph Sianni