## CERTIFICATE OF SERVICE

I, Ralph Sianni, an associate with the law firm Milberg Weiss Bershad & Schulman LLP, hereby certify that I caused a true and correct copy of the foregoing **DECLARATION OF RALPH SIANNI IN SUPPORT OF THE MOTION OF ACTIVEST FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL** to be electronically filed with the Clerk of Court using CM/ECF, and to be served by regular U.S. Mail to all parties listed on the attached service list on this 5th day of July 2005.

/s/ Ralph N. Sianni
Ralph N. Sianni (#4151)
MILBERG WEISS BERSHAD
 & SCHULMAN LLP
919 N. Market Street, Suite 411
Wilmington, DE 19801
(302) 984-0597
E-mail: rsianni@milbergweiss.com

# MBNA Corp.

## Service List

*Counsel for Plaintiffs:*

Curtis V. Trinko
Jeffrey B. Silverstein
**LAW OFFICES OF CURTIS V. TRINKO, LLP**
16 West 46th Street, 7th Floor
New York, NY 10036
Tel.: (212) 490-9550
Fax: (212) 986-0158

Alfred G. Yates, Jr.
Gerald L. Rutledge
**LAW OFFICES OF ALFRED G. YATES, JR., P.C.**
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
Tel.: (412) 391-5164
Fax: (412) 471-1033

Joseph A. Rosenthal
Jeffrey S. Goddess
**ROSENTHAL, MONHAIT, GROSS & GODDESS, P.A.**
919 Market Street, Suite 1401
Wilmington, DE 19801
Tel.: (302) 656-4433
Fax: (302) 658-7567

William S. Lerach
Darren J. Robbins
Mary K. Blasy
**LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**
401 B Street, Suite 1600
San Diego, CA 92101-4297
Tel.: (619) 231-1058
Fax: (619) 231-7423

Frank J. Johnson
**JOHNSON LAW FIRM, A P.C.**
402 West Broadway, 27th Floor
San Diego, CA 92101
Tel.: (619) 230-0063
Fax: (619) 230-1839

Joshua M. Lifshitz
**BULL & LIFSHITZ, LLP**
18 East 41st Street
New York, NY 10017
Tel.: (212) 213-6222

Marc A. Topaz
Richard A. Maniskas
Tamara Skvirsky
**SCHIFFRIN & BARROWAY, LLP**
280 King of Prussia Road
Radnor, PA 19087
Tel.: (610) 667-7706
Fax: (610) 667-7056

Deborah R. Gross
Robert P. Frutkin
**LAW OFFICES OF BERNARD M. GROSS, P.C.**
Wannamaker Building, Suite 450
Juniper and Market Street
Philadelphia, PA 19107
Tel.: (215) 561-3600
Fax: (215) 561-3000

| | |
|---|---|
| James M. Orman<br>**JAMES M. ORMAN, ATTORNEY AT LAW**<br>1845 Walnut Street, 14th Floor<br>Philadelphia, PA 19103<br>Tel.: (215) 523-7800<br>Fax: (215) 523-9290 | Lester L. Levy<br>Michael A. Schwartz<br>Caroline S. Curtis<br>**WOLF POPPER, LLP**<br>845 Third Avenue<br>New York, NY 10017<br>Tel.: (212) 759-4600<br>Fax: (212) 486-2093 |
| Stephen A. Weiss<br>Eric T. Chaffin<br>Roopal Luhana<br>**SEEGER WEISS LLP**<br>One William Street<br>New York, NY 10004<br>Tel.: (212) 584-0700<br>Fax: (212) 584-0799 | Charles J. Piven<br>**LAW OFFICES OF CHARLES J. PIVEN, P.A.**<br>The World Trade Center-Baltimore<br>Suite 2525<br>401 East Pratt Street<br>Baltimore, MD 21202<br>Tel.: (410) 332-0030<br>Fax: (410) 685-1300 |
| Karen H. Riebel<br>**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401<br>Tel.: (612) 339-6900 | David R. Scott<br>Arthur L. Shingler, III<br>**SCOTT + SCOTT LLC**<br>Wells Fargo Building<br>401 B Street, Suite 307<br>San Diego, CA 92101<br>Tel.: (619) 233-4565 |

*Counsel for Defendants*

**MBNA Corporation**
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801