**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

```
-------------------------------------------------------X
```
JAMES M. BAKER                                )
                                              )          Index No. 05-CV-00272
                                              )
                    Plaintiff,                )
                                              )
          vs.                                 )
                                              )
MBNA CORP., BRUCE L. HAMMONDS,                )
KENNETH A. VECCHIONE, RICHARD K.              )
STRUTHERS, CHARLES C. KRULAK,                 )
JOHN R. COCHRAN, III, MICHAEL G.              )
RHODES, LANCE L. WEAVER, AND                  )
JOHN W. SCHEFLEN,                             )
                                              )
                    Defendants.               )
```
-------------------------------------------------------X
-------------------------------------------------------X
```
ROCHELLE PHILLIPS                             )
                                              )          Index No. 05-CV-00277
                    Plaintiff,                )
                                              )
          vs.                                 )
                                              )
MBNA CORP., BRUCE L. HAMMONDS,                )
KENNETH A. VECCHIONE,                         )
                                              )
                    Defendants.               )
```
-------------------------------------------------------X
```

```
F I L E D

JUL 1 2 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE
```

[Caption continued on next page]

```
-----------------------------------------------------------X
ROBERT WILKINS                                   )
                                                 )     Index No. 05-CV-00287
                    Plaintiff,                   )
                                                 )
          vs.                                    )
                                                 )
MBNA CORP., BRUCE L. HAMMONDS,                    )
KENNETH A. VECCHIONE, RICHARD K.                  )
STRUTHERS, CHARLES C. KRULAK,                     )
JOHN R. COCHRAN, III, MICHAEL G.                  )
RHODES, LANCE L. WEAVER, AND                      )
JOHN W. SCHEFLEN,                                 )
                                                 )
                    Defendants.                   )
-----------------------------------------------------------X
-----------------------------------------------------------X
LEONARD BRONSTEIN                                 )
                                                 )     Index No. 05-CV-00289
                    Plaintiff,                   )
                                                 )
          vs.                                    )
                                                 )
MBNA CORP., BRUCE L. HAMMONDS,                    )
KENNETH A. VECCHIONE, RICHARD K.                  )
STRUTHERS, CHARLES C. KRULAK,                     )
JOHN R. COCHRAN, III, MICHAEL G.                  )
RHODES, LANCE L. WEAVER, AND                      )
JOHN W. SCHEFLEN,                                 )
                                                 )
                    Defendants.                   )
-----------------------------------------------------------X
```

[Caption continued on next page]

```
--------------------------------------------------------------x
GREG PENN                                           )
                                                    )        Index No. 05-CV-00293
                          Plaintiff,                )
                                                    )
              vs.                                   )
                                                    )
MBNA CORP., BRUCE L. HAMMONDS,                      )
KENNETH A. VECCHIONE, RICHARD K.                    )
STRUTHERS, CHARLES C. KRULAK,                       )
JOHN R. COCHRAN, III, MICHAEL G.                    )
RHODES, LANCE L. WEAVER,                            )
                                                    )
                          Defendants.               )
--------------------------------------------------------------x
--------------------------------------------------------------x
CLIFFORD W. JONES                                   )
                                                    )        Index No. 05-CV-00316
                          Plaintiff,                )
                                                    )
              vs.                                   )
                                                    )
MBNA CORP., BRUCE L. HAMMONDS,                      )
KENNETH A. VECCHIONE,                               )
                                                    )
                          Defendants.               )
--------------------------------------------------------------x
--------------------------------------------------------------x
LEMON BAY PARTNERS LLP                              )
                                                    )        Index No. 05-CV-00327
                          Plaintiff,                )
                                                    )
              vs.                                   )
                                                    )
BRUCE L. HAMMONDS,                                  )
KENNETH A. VECCHIONE, RICHARD K.                    )
STRUTHERS,JOHN R. COCHRAN, III,                     )
 LANCE L. WEAVER, AND MBNA CORP.                    )
                                                    )
                          Defendants.               )
--------------------------------------------------------------x
```

[Caption continued on next page]

```
-------------------------------------------------------------x
DONALD R. BENOIT                                  )
                                                  )        Index No. 05-CV-00361
                        Plaintiff,                )
                                                  )
          vs.                                     )
                                                  )
BRUCE L. HAMMONDS, JOHN R. COCHRAN                )
III, RICHARD K STRUTHERS, KENNETH A.              )
VECCHIONE, LANCE L. WEAVER, CHARLES               )
C. KRULAK, MICHAEL G. RHODES, JOHN                )
W. SCHEFLEN, JAMES H. BERICK, MARY M.             )
BOIES, BENJAMIN R. CIVILETTI, WILLIAM             )
L. JEWS, RANDOLPH D. LERNER, STUART               )
L. MARKOWITZ, WILLIAM B. MILSTEAD,                )
LAURA S. UNGER, THOMAS G. MURDOUGH,               )
AND MBNA CORP.                                    )
                                                  )
                        Defendants.               )
-------------------------------------------------------------x
-------------------------------------------------------------x
MICHAEL D. BLUM                                   )
                                                  )        Index No. 05-CV-00372
                        Plaintiff,                )
                                                  )
          vs.                                     )
                                                  )
MBNA CORP., BRUCE L. HAMMONDS,                    )
KENNETH A. VECCHIONE, JOHN R.                     )
COCHRAN, III, RICHARD K STRUTHERS,                )
LANCE L. WEAVER,                                  )
                                                  )
                        Defendants.               )
-------------------------------------------------------------x
```

[Caption continued on next page]

```
-------------------------------------------------------------x
THOMAS J. CUSSEN                              )
                                              )        Index No. 05-CV-00389
                    Plaintiff,                )
                                              )
           vs.                                )
                                              )
MBNA CORP., BRUCE L. HAMMONDS,                )
KENNETH A. VECCHIONE, RICHARD K.              )
STRUTHERS, CHARLES C. KRULAK,                 )
JOHN R. COCHRAN, III, MICHAEL G.              )
RHODES, LANCE L. WEAVER, AND                  )
JOHN W. SCHEFLEN,                             )
                                              )
                    Defendants.               )
-------------------------------------------------------------x
```

## CERTIFICATE OF SERVICE

I, CURTIS V. TRINKO, certify that true and correct copies of the NOTICE OF FILING

were served upon the following attorneys by means of postage pre-paid first class mail through

the U.S. Mail system on this date:


Richard C. Pepperman II
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Mary K. Blasy
Lerach Coughlin Stoia Geller Rudman &
Robbins LLP
401 B Street, Suite 1600
San Diego, California 92101

Paul J. Geller
Lerach Coughlin Stoia Geller Rudman &
Robbins LLP
197 South Federal Highway, Suite 200
Boca Raton, Florida 33432

Richard M. Morse
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801

Jeffrey S. Goddess
Rosenthal, Monhait, Gross & Goddess
Mellon Bank Center, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070

Seth D. Rigrodsky
Milberg Weiss Bershad & Schulman LLP
919 North Market Street
Suite 411
Wilmington, DE 19801

Ralph Nicholas Sianni
Milberg Weiss Bershad & Schulman LLP
919 North Market Street
Suite 411
Wilmington, DE 19801

A. Zachary Naylor
Chimicles & Tikellis, LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899

Joseph N. Gielata
Joseph N. Gielata, Esq.
501 Silverside Road
Suite 90
Wilmington, DE 19809

Dated: July 5, 2005
     New York, New York

 

_____
           Curtis V. Trinko