IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

————————————————————————x
:
JAMES M. BAKER, On behalf of himself and all        :
others similarly situated,                          :    Case No. 1:05-cv-00272-GMS
:
Plaintiff,        :    CLASS ACTION
:
vs.        :
:
MBNA CORP., BRUCE L. HAMMONDS,        :
KENNETH A. VECCHIONE, RICHARD K.        :
STRUTHERS, CHARLES C. KRULAK, JOHN        :
R. COCHRAN, III, MICHAEL G. RHODES,        :
LANCE L. WEAVER, and JOHN W.        :
SCHEFLEN,        :
:
Defendants.        :
:
————————————————————————x
:
ROCHELLE PHILLIPS, On behalf of herself and        :
all others similarly situated,        :    Case No. 1:05-cv-00277-GMS
:
Plaintiff,        :    CLASS ACTION
:
vs.        :
:
MBNA CORP., BRUCE L. HAMMONDS, and        :
KENNETH . VECCHIONE,        :
:
Defendants.        :
:
————————————————————————x

**(Additional Captions Set Forth Below)**

**NOTICE OF CHANGE OF FIRM ADDRESS**

—————————————————————————x
                         :

ROBERT WILKINS, Individually and on behalf  :
of all others similarly situated,              :  Case No. 1:05-cv-00287-GMS
                         :

              Plaintiff,      :  <u>CLASS ACTION</u>
                         :

     vs.                       :

MBNA CORP., BRUCE L. HAMMONDS,    :
KENNETH A. VECCHIONE, RICHARD K.  :
STRUTHERS, CHARLES C. KRULAK, JOHN  :
R. COCHRAN, III, MICHAEL G. RHODES,  :
LANCE L. WEAVER, and JOHN W.       :
SCHEFLEN,                    :
                         :

             Defendants.    :
                         :
—————————————————————————x
                         :

LEONARD BRONSTEIN, On behalf of himself  :
and all others similarly situated,        :  Case No. 1:05-cv-00289-GMS
                         :

              Plaintiff,      :  <u>CLASS ACTION</u>
                         :

     vs.                       :

MBNA CORP., BRUCE L. HAMMONDS,    :
KENNETH A. VECCHIONE, RICHARD K.  :
STRUTHERS, CHARLES C. KRULAK, JOHN  :
R. COCHRAN, III, MICHAEL G. RHODES,  :
LANCE L. WEAVER, and JOHN W.       :
SCHEFLEN,                    :
                         :

             Defendants.    :
                         :
—————————————————————————x

———————————————————————————x
                                    :

GREG PENN, On behalf of himself and all others similarly situated,      :   Case No. 1:05-cv-00293-GMS

                      Plaintiff,     :   <u>CLASS ACTION</u>

       vs.                    :

MBNA CORP., BRUCE L. HAMMONDS, KENNETH A. VECCHIONE, RICHARD K. STRUTHERS, and  LANCE L. WEAVER,   :

                  Defendants.   :

———————————————————————————x
                                      :

CLIFFORD W. JONES, On behalf of himself and all others similarly situated,     :   Case No. 1:05-cv-00316-GMS

                      Plaintiff,     :   <u>CLASS ACTION</u>

       vs.                    :

MBNA CORP., BRUCE L. HAMMONDS, and KENNETH A. VECCHIONE,      :

                  Defendants.   :

———————————————————————————x
                                      :

MICHAEL D. BLUM, On behalf of himself and all others similarly situated,     :   Case No. 1:05-cv-00372-GMS

                      Plaintiff,     :   <u>CLASS ACTION</u>

       vs.                    :

MBNA CORP., BRUCE L. HAMMONDS, KENNETH A. VECCHIONE, JOHN R. COCRAN, III, RICHARD K. STRUTHERS, and LANCE L. WEAVER,   :

                  Defendants.   :

———————————————————————————x

```
————————————————————————————x
                                            :
THOMAS J. CUSSEN, On behalf of himself and  :
all others similarly situated,              :    Case No. 1:05-cv-00389-GMS
                                            :
                     Plaintiff,             :    CLASS ACTION
                                            :
          vs.                               :
                                            :
MBNA CORP., BRUCE L. HAMMONDS,              :
KENNETH A. VECCHIONE, RICHARD K.           :
STRUTHERS, CHARLES C. KRULAK, JOHN         :
R. COCRAN, III, MICHAEL G. RHODES,         :
LANCE L. WEAVER and JOHN W. SCHEFLEN,      :
                                            :
                     Defendants.            :
                                            :
                                            :
————————————————————————————x
```

**PLEASE TAKE NOTICE** that effective immediately, Milberg Weiss Bershad

& Schulman LLP has relocated its Delaware office to the following new address:

> **MILBERG WEISS BERSHAD & SCHULMAN LLP**
> 919 North Market Street
> Suite 980
> Wilmington, DE 19801
> Telephone:  (302) 984-0597
> Facsimile:  (302) 984-0870

Please note that all phone and fax numbers remain the same.


DATED:  October 7, 2005                     Respectfully submitted,

                                            **MILBERG WEISS BERSHAD**
                                            **& SCHULMAN LLP**

                                            By: /s/ Ralph N. Sianni
                                            Seth D. Rigrodsky, Esq. (#3147)
                                            Ralph Sianni, Esq. (#4151)
                                            919 N. Market Street, Suite 980
                                            Wilmington, Delaware  19801
                                            (302) 984-0597

                                                    --and--

2

3

**MILBERG WEISS BERSHAD
 & SCHULMAN LLP**
Steven G. Schulman
Peter E. Seidman
Deborah M. Sturman
Andrei V. Rado
One Pennsylvania Plaza - 49th Floor
New York, NY  10119
(212) 594-5300

**Proposed Lead Counsel**

### CERTIFICATE OF SERVICE

I, Ralph N. Sianni, hereby certify that on this 7th day of October, 2005, I caused a true

and correct copy of the foregoing **NOTICE OF CHANGE OF FIRM ADDRESS t**o be

electronically filed with the Clerk of Court using CM/ECF, which will send notification of such

filing(s) to the following:

| **Counsel for Plaintiffs** | **Counsel for Defendants** |
|---|---|
| Joseph A. Rosenthal | Richard H. Morse |
| Jeffrey S. Goddess | **YOUNG CONAWAY STARGATT** |
| **ROSENTHAL, MONHAIT, GROSS &** | **& TAYLOR LLP** |
| **GODDESS, P.A.** | 1000 West Street, 17th Floor |
| 919 Market Street, Suite 1401 | P.O. Box 391 |
| Wilmington, DE 19801 | Wilmington, DE  19899-0391 |
| Tel.: (302) 656-4433 | Tel.: (302) 571-6651 |
| Email: rmgg@rmgglaw.com | E-mail:  rmorse@ycst.com |

In addition, I also caused the foregoing document to be served by regular U.S. Mail to all

parties listed on the attached service list.

/s/ Ralph N. Sianni
Ralph N. Sianni (#4151)
MILBERG WEISS BERSHAD
  & SCHULMAN LLP
919 N. Market Street, Suite 980
Wilmington, DE  19801
(302) 984-0597
E-mail:  rsianni@milbergweiss.com

# MBNA CORP.

## Service List

***Counsel for Plaintiffs:***

Alfred G. Yates, Jr.
Gerald L. Rutledge
**LAW OFFICES OF ALFRED G. YATES, JR., P.C.**
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
Tel.: (412) 391-5164
Fax: (412) 471-1033

William S. Lerach
Darren J. Robbins
Mary K. Blasy
**LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP**
655 West Broadway, Suite 1900
San Diego, CA 92101
Tel.: (619) 231-1058
Fax: (619) 231-7423

Karen H. Riebel
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel.: (612) 339-6900
Fax: (612) 339-0981

Joshua M. Lifshitz
**BULL & LIFSHITZ, LLP**
18 East 41st Street
New York, NY 10017
Tel.: (212) 213-6222
Fax: (212) 213-9405

Frank J. Johnson
**JOHNSON LAW FIRM, A P.C.**
402 West Broadway, 27th Floor
San Diego, CA 92101
Tel.: (619) 230-0063
Fax: (619) 230-1839

Deborah R. Gross
Robert P. Frutkin
**LAW OFFICES OF BERNARD M. GROSS,
P.C.**
Wannamaker Building, Suite 450
Juniper and Market Street
Philadelphia, PA 19107
Tel.: (215) 561-3600
Fax: (215) 561-3000

Marc A. Topaz
Richard A. Maniskas
Tamara Skvirsky
**SCHIFFRIN & BARROWAY, LLP**
280 King of Prussia Road
Radnor, PA 19087
Tel.: (610) 667-7706
Fax: (610) 667-7056

David R. Scott
Arthur L. Shingler, III
**SCOTT + SCOTT LLC**
Wells Fargo Building
401 B Street, Suite 307
San Diego, CA 92101
Tel.: (619) 233-4565
Fax: (619) 233-0508

- 3 -

James M. Orman
**JAMES M. ORMAN, ATTORNEY AT LAW**
1845 Walnut Street, 14th Floor
Philadelphia, PA 19103
Tel.: (215) 523-7800
Fax: (215) 523-9290

Stephen A. Weiss
Eric T. Chaffin
Roopal Luhana
**SEEGER WEISS LLP**
One William Street
New York, NY 10004
Tel.: (212) 584-0700
Fax: (212) 584-0799

Lester L. Levy
Michael A. Schwartz
Caroline S. Curtis
**WOLF POPPER, LLP**
845 Third Avenue
New York, NY 10017
Tel.: (212) 759-4600
Fax: (212) 486-2093