IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
JAMES M. BAKER, On behalf of himself and all :
others similarly situated, : Case No. 1:05-cv-00272-GMS
:
                Plaintiff, : <u>CLASS ACTION</u>
:
vs. :
:
MBNA CORP., BRUCE L. HAMMONDS, :
KENNETH A. VECCHIONE, RICHARD K. :
STRUTHERS, CHARLES C. KRULAK, JOHN :
R. COCHRAN, III, MICHAEL G. RHODES, :
LANCE L. WEAVER, and JOHN W. :
SCHEFLEN, :
:
                Defendants. :
:
---------------------------------------------------------------x
:
ROCHELLE PHILLIPS, On behalf of herself and :
all others similarly situated, : Case No. 1:05-cv-00277-GMS
:
                Plaintiff, : <u>CLASS ACTION</u>
:
vs. :
:
MBNA CORP., BRUCE L. HAMMONDS, and :
KENNETH . VECCHIONE, :
:
                Defendants. :
:
---------------------------------------------------------------x

**(Additional Captions Set Forth Below)**

```
─────────────────────────────────────────x
                                         :
ROBERT WILKINS, Individually and on behalf :
of all others similarly situated,        :   Case No. 1:05-cv-00287-GMS
                                         :
                    Plaintiff,           :   CLASS ACTION
                                         :
    vs.                                  :
                                         :
MBNA CORP., BRUCE L. HAMMONDS,           :
KENNETH A. VECCHIONE, RICHARD K.         :
STRUTHERS, CHARLES C. KRULAK, JOHN       :
R. COCHRAN, III, MICHAEL G. RHODES,      :
LANCE L. WEAVER, and JOHN W.             :
SCHEFLEN,                                :
                                         :
                    Defendants.          :
                                         :
─────────────────────────────────────────x
                                         :
LEONARD BRONSTEIN, On behalf of himself  :
and all others similarly situated,       :   Case No. 1:05-cv-00289-GMS
                                         :
                    Plaintiff,           :   CLASS ACTION
                                         :
    vs.                                  :
                                         :
MBNA CORP., BRUCE L. HAMMONDS,           :
KENNETH A. VECCHIONE, RICHARD K.         :
STRUTHERS, CHARLES C. KRULAK, JOHN       :
R. COCHRAN, III, MICHAEL G. RHODES,      :
LANCE L. WEAVER, and JOHN W.             :
SCHEFLEN,                                :
                                         :
                    Defendants.          :
                                         :
─────────────────────────────────────────x
```

————————————————————x
:
GREG PENN, On behalf of himself and all others        :
similarly situated,                                    :   Case No. 1:05-cv-00293-GMS
                                                       :
                    Plaintiff,                     :   CLASS ACTION
                                                       :
   vs.                                                 :
                                                       :
MBNA CORP., BRUCE L. HAMMONDS,                         :
KENNETH A. VECCHIONE, RICHARD K.                       :
STRUTHERS, and LANCE L. WEAVER,                        :
                                                       :
                    Defendants.                    :
                                                       :
————————————————————x
:
CLIFFORD W. JONES, On behalf of himself and            :
all others similarly situated,                         :   Case No. 1:05-cv-00316-GMS
                                                       :
                    Plaintiff,                     :   CLASS ACTION
                                                       :
   vs.                                                 :
                                                       :
MBNA CORP., BRUCE L. HAMMONDS, and                     :
KENNETH A. VECCHIONE,                                  :
                                                       :
                    Defendants.                    :
                                                       :
————————————————————x
:
MICHAEL D. BLUM, On behalf of himself and              :
all others similarly situated,                         :   Case No. 1:05-cv-00372-GMS
                                                       :
                    Plaintiff,                     :   CLASS ACTION
                                                       :
   vs.                                                 :
                                                       :
MBNA CORP., BRUCE L. HAMMONDS,                         :
KENNETH A. VECCHIONE, JOHN R.                          :
COCRAN, III, RICHARD K. STRUTHERS, and                 :
LANCE L. WEAVER                                        :
                                                       :
                    Defendants.                    :
                                                       :
————————————————————x

```
─────────────────────────────────────x
                                      :
SCOTT KIMBALL, On behalf of himself and all  :
others similarly situated,            :   Case No. 1:05-cv-00643-GMS
                                      :
              Plaintiff,              :   CLASS ACTION
                                      :
       vs.                            :
                                      :
MBNA CORP., BRUCE L. HAMMONDS,        :
KENNETH A. VECCHIONE, RICHARD K.      :
STRUTHERS, CHARLES C. KRULAK, JOHN    :
R. COCRAN, III, MICHAEL G. RHODES,    :
LANCE L. WEAVER and JOHN W. SCHEFLEN, :
                                      :
              Defendants.             :
                                      :
─────────────────────────────────────x
                                      :
VIRGINIA MCMATH, On behalf of herself and :
all others similarly situated,        :   Case No. 1:05-cv-00644-GMS
                                      :
              Plaintiff,              :   CLASS ACTION
                                      :
       vs.                            :
                                      :
MBNA CORP., BRUCE L. HAMMONDS,        :
KENNETH A. VECCHIONE, RICHARD K.      :
STRUTHERS, CHARLES C. KRULAK, JOHN    :
R. COCRAN, III, MICHAEL G. RHODES,    :
LANCE L. WEAVER and JOHN W. SCHEFLEN, :
                                      :
              Defendants.             :
                                      :
─────────────────────────────────────x
```

## ORDER CONSOLIDATING ACTIONS AND
## APPOINTING LEAD PLAINTIFF AND LEAD COUNSEL

Having considered the motion of Activest Investmentgesellschaft mbH for account of the PT-Master fund, ("Activest") and good cause appearing therefore, the Court orders as follows:

    1.    The Motion is GRANTED;

    2.    The above-captioned actions are consolidated pursuant to Fed. R. Civ. P. 42(a);

    3.    Activest is the "most adequate plaintiff" and accordingly, is appointed Lead Plaintiff pursuant to 15 U.S.C. 78u-4(a)(3)(B)(iii).

    4.    Milberg Weiss Bershad & Schulman LLP is appointed Lead Counsel pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v).

**IT IS SO ORDERED.**

DATED: Oct 13, 2005

United States District Court Judge

FILED
OCT 1 3 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE